1 | Lawrence H. Meuers
2 | (SBN: 197663)
3 | Steven M. De Falco
  | Fla. Bar No. 0733571
4 | MEUERS LAW FIRM, P.L.
5 | 5395 Park Central Court
  | Naples, Florida 34109
6 | Telephone: (239) 513-9191
7 | Facsimile: (239) 513-9677
  | lmeuers@meuerslawfirm.com
8 | sdefalco@meuerslawfirm.com
9 |
10 | Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **SOUTH MILL MUSHROOM SALES, INC.**, a Pennsylvania corporation, | **Case No.: 07-CV-03311-JW-RS** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **SAR MARKETING, INC.**, a California corporation; **GEORGE T. BULJAN**, an individual; and **HELEN J. BULJAN**, an individual, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, South Mill Mushroom Sales, Inc., dismisses its Complaint against Defendants, Sar Marketing, Inc.,

George T. Buljan, and Helen J. Buljan, with prejudice.  This matter is now closed.

Respectfully submitted on this 6th day of August, 2007.

**MEUERS LAW FIRM, P.L.**

By:  s/Lawrence H. Meuers
    Lawrence H. Meuers
    (SBN:  197663)
    Steven M. De Falco
    Fla. Bar No. 0733571
    5395 Park Central Court
    Naples, FL   34109
    Telephone: (239) 513-9191
    Facsimile: (239) 513-9677
    lmeuers@meuerslawfirm.com
    sdefalco@meuerslawfirm.com

    Attorneys for Plaintiff

### **CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Voluntary Dismissal with Prejudice was served upon the following parties by United States Mail on Monday, August 06, 2007:

| | |
|---|---|
| Sar Marketing, Inc. | George T. Buljan |
| 14510 Big Basin Way #114 | Helen J. Buljan |
| Saratoga, CA  95070 | 14636 Fieldstone Dr. |
| | Saratoga, CA  95070 |

By: s/Lawrence H. Meuers
    Lawrence H. Meuers